# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. WIGGINS, | CASE NO.: 1:06-cv-0828-OWW-DLB-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO PROSECUTE |
| v. | |
| CORDOVA, et al., | (Doc. 11) |
| Defendants. | |

Plaintiff David Wiggins ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 1, 2008, the Magistrate Judge issued a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] The United States Postal Service returned the Findings and Recommendations on May 12, 2008, as undeliverable. A notation on the envelope reads "paroled". However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.     The Findings and Recommendations, issued May 1, 2008, is adopted in full; and

3  2.     This action is dismissed in its entirety based on plaintiff's failure to prosecute

4  IT IS SO ORDERED.

5  **Dated:     June 17, 2008**                             /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE